# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 332 | **DATE** | 8/18/2003 |
| **CASE TITLE** | USA vs. Jeffrey Goldberg | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____ .
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .
(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(7) ☐ Trial[set for/re-set for] on _____ at _____ .
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum. This memorandum is to advise defendant and counsel for both parties that at the time of sentencing this court will consider a possible two-level increase in the total offense level and or a possible upward departure under Guideline 5K2.0.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | AUG 19 2003 | 12 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | 8/18/2003 | |
| | Copy to judge/magistrate judge. | date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |

U.S. DISTRICT COURT CLERK
03 AUG 18 PM 3:28
FILED FOR DOCKETING
Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,             )
                                      )
              Plaintiff,              )
                                      )
     v.                               )    No.  03 CR 332
                                      )
JEFFREY GOLDBERG,                     )
                                      )
              Defendant.              )

DOCKETED
AUG 19 2003

MEMORANDUM

This case has been rescheduled for sentencing from time to time, with sentencing now scheduled for 1:15 p.m. August 28, 2003. In the interim this Court has received, in addition to the presentence investigation report ("PSI"), some letters from victims and three supplemental reports (dated July 11, July 30 and August 8, 2003) from the probation officer that summarize other victim impact statements. All of those materials have also been provided to defense counsel and the United States Attorney's Office.

This memorandum is to advise defendant and counsel for both parties that at the time of sentencing this Court will consider one or both of the following bases for possibly imposing a custodial sentence in excess of the range of 37 to 46 months that applies to a total offense level of 21 and a criminal history category of I (the estimate reflected in the PSI):

    1. a possible two-level increase in the total offense level, occasioned by the possible application of the

vulnerable victim adjustment under Guideline §3A1.1;

    2. a possible upward departure under Guideline §5K2.0 (or perhaps Guideline §5K2.3 as well) by reason of what may be found to be the exceptionally severe impact of defendant's conduct on numerous victims.

It is not necessary that either counsel address those subjects by written submissions (including any relevant case citations) in advance of the sentencing date, but they should be prepared to discuss both those issues on that date.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: August 18, 2003