# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2332 | **DATE** | 10/30/2003 |
| **CASE TITLE** | USA vs. Jeffrey Goldberg | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. As a result of the sentencing hearing, this Court reconfirms all of the analysis set out in the memorandum as to the Sentencing Guidelines calculation: an offense level; of 23 and a criminal history category of I, producing a Guideline range of 46 to 57 months.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | NOV 03 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 10/31/2003 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | | SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
     v.                             )    No. 03 CR 332
                                    )
JEFFREY GOLDBERG,                   )
                                    )
              Defendant.            )

MEMORANDUM ORDER

As this Court's extended October 30, 2003 memorandum reflected, the preliminary views stated there were voiced subject to possible modification if the sentencing proceeding later that day were to call for any changes. As a result of the sentencing hearing, this Court reconfirms all of the analysis set out in the memorandum as to the Sentencing Guidelines calculation: an offense level of 23 and a criminal history category of I, producing a Guideline range of 46 to 57 months.

But based on the aggravating and mitigating factors identified by counsel for the parties during the hearing, defendant Jeffrey Goldberg has been committed to the custody of the Bureau of Prisons for a period of 52 (and not 57) months. That and all other aspects of the sentence are included in the October 30, 2003 judgment and commitment order.

                                     Milton I. Shadur
                                     Senior United States District Judge

Date: October 30, 2003